**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JENN-CHING LUO *on behalf of himself and BL*,

                      Plaintiff,

       - against -

BALDWIN UNION FREE SCHOOL DISTRICT,
MICHELLE GALLO, SUSAN M. GIBSON
and JOHN M. SUOZZI,

                      Defendants.
-------------------------------------------------------------X

**ORDER**

CV 10-1985 (JS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

The Court has reviewed Plaintiff *Pro Se*'s letter motion dated July 27, 2010 [DE 38] and Defendants' opposition letter dated August 1, 2010 [DE 45]. With regard to Plaintiff's five requests, the Court states as follows:

1. A copy of the June 25, 2010 Civil Conference Minute Order [DE 35] is being sent to Plaintiff via first-class mail by my Chambers Staff.

2. The Court is not clear as to what Plaintiff is requesting in Item Number 2. If Plaintiff wishes to proceed with his claim for reimbursement, then Plaintiff must submit a follow-up letter to the Court explaining where he drove, the reasons for such trip, and why he believes he is entitled to reimbursement for such travel costs.

3, 4. The Court declines to impose sanctions on Defendant Baldwin Union Free School District. The information provided by counsel for Defendant leads the Court to conclude that the conduct at issue was not wilful, nor does such conduct fall with the scope of Rule 37 sanctions. Going forward, Defendant's counsel is cautioned that full compliance with all Court Orders is expected and will be enforced.

5. Regarding the request to allow Plaintiff "digital filing," it is the policy of the Courts in the Eastern District of New York for *pro se* litigants to file documents in hard copy by sending such documents to the Clerk's Office or to Chambers, and to be served with Court Orders by the opposing party. However, Plaintiff may access the electronic docket through the Public Access to Court Electronic Records ("PACER") system. To do so, Plaintiff must first obtain an account, which can be done on-line at the website http://pacer.uscourts.gov. To view a document, it costs the viewer 8 cents per page, with a maximum cost per document of $2.00. In addition, Plaintiff may access the electronic docket without cost by using the computer terminals located in the Federal Courthouse in Central Islip in the Clerk's Office. Plaintiff can also opt to receive ECF notifications of new entries on the docket by submitting his e-mail address to the Clerk's Office in the Central Islip Courthouse. By doing so, Plaintiff can view documents, without charge, as they are added to the docket. For further information, Plaintiff should contact the *Pro Se* Office at (631) 712-6063.

Counsel for Defendant Baldwin Union Free School District is directed to serve a copy of this Order on Plaintiff *Pro Se* forthwith and to file proof of service on ECF.

**SO ORDERED.**

Dated: Central Islip, New York
August 5, 2010

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge